GEORGE B. BREON, Respondent, v. HOME NOODLE MANUFACTURING COMPANY, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY IRENE KANE, an Infant, etc., Appellant, v. JAMES S. BRYAN and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LOUISE V. WEISMANTLE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES FURMAN and Another, Appellants, v. VILLAGE OF NEWPORT, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD TUCHOLKA, Appellant.— Time for argument of appeal enlarged to and including the September term. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Examination of RANN, VAUGHAN, BROWN & STURTEVANT, Third Person, in Proceedings Supplementary to Execution upon the Application of PRUDENTIAL BUILDING COMPANY, Judgment Creditor, under a Judgment Recovered in an Action Entitled: CITY COURT OF BUFFALO, PRUDENTIAL BUILDING COMPANY, Plaintiff, v. THOMAS E. BOYD, Defendant.— Motion by George J. Eckel for stay pending appeal denied without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of ROCHESTER BAR ASSOCIATION for the Adoption of Rules Governing Litigation Affecting Personal Injury Cases and the Consideration of Proposed Rules Offered for the Consideration of the Court.— A hearing upon the petition is ordered before the court on the 1st day of July, 1930, at eleven A. M., daylight saving time, and petitioner directed to give notice of the hearing by mail to the Federation of the Bar of Western New York, the Federation of the Bar of Central New York, to the County Bar Associations and to the City Bar Associations within the Fourth Judicial Department, and to publish a notice of such hearing once each week for three successive weeks in *The Daily Record* of Rochester, *The Buffalo Legal Daily*, and the *Post-Standard* of Syracuse. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GLYNN, Appellant.— Motion for leave to have appeal heard on typewritten record and briefs granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

COLONIAL MOTOR COACH CORPORATION, Respondent, v. CAYUGA OMNIBUS CORPORATION and HAROLD J. DRESCHER, Appellants.— Motion for stay of injunction pending appeal denied, without prejudice. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.